IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JOHN BERGER, as Personal Representative for the Estate of LINDA MARIE BERGER, deceased, | CV-22-26-GF-BMM |
| Plaintiff, | **ORDER** |
| -vs- | |
| USF REDDAWAY, INC., and DOES 1-10, | |
| Defendants. | |

Upon Defendant USF Reddaway, Inc.'s Unopposed Motion For Video Appearance, and good cause appearing,

**IT IS HEREBY ORDERED**: that the person with ultimate settlement authority for Defendant USF Reddaway, Inc. may attend the settlement conference on February 22, 2023, via video. Counsel for USF Reddaway, Inc. shall arrange the video appearance.

DATED this 20th day of January, 2023.

_____
John Johnston
United States Magistrate Judge