IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JOHN BERGER, as Personal Representatives of the Estate of LINDA MARIE BERGER, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>USF REDDAWAY, INC.; and DOES 1-10,<br><br>Defendants. | CAUSE NO. CV-22-26-GF-BMM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation for Dismissal with Prejudice, and good cause appearing, IT IS HEREBY ORDERED that the claims by Plaintiff against Defendants are dismissed with prejudice as fully settled, and that each of the parties shall bear their own costs and attorney fees.

DATED this 18th day of April, 2023.

_____
Brian Morris, Chief District Judge
United States District Court